PROB 12A
(7/93)

# United States District Court

## for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: Jesus Joel Valle-Irizarry                             Cr.: 14-00103-001
                                                                                                                                                         PACTS #: 67723

Name of Sentencing Judicial Officer:     THE HONORABLE JOSE L. LINARES
                                                                            UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 01/29/2015

Original Offense:    Distribution and Possession with Intent to Distribute 500 Grams or More of Cocaine, 21 U.S.C. Section 841(a)(1) and (b)(1)(B)

Original Sentence: 60 months imprisonment, 60 months supervised release

Special Conditions: Mental Health Treatment, Self-Employment/ Business Disclosure, Alcohol/ Drug testing and treatment

Type of Supervision: Supervised Release                    Date Supervision Commenced: 01/08/2018

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number      Nature of Noncompliance

1                      The offender has violated the mandatory supervision condition, which states **'You must not commit another federal, state, or local crime.'**

                       On July 16, 2020, the Elizabeth Police Department conducted a traffic stop of a vehicle being driven by the offender at a high rate of speed. Upon stopping the vehicle, Valle-Irizarry abruptly exited his vehicle and stated he was upset and had been arguing with his wife. He then told officers he was going to kill himself and his wife. Police searched his vehicle and recovered a jar containing marijuana and some illegal fireworks. Offender was transported to Trinitas Hospital for an evaluation. Valle-Irizarry was charged with possession of marijuana and possession of dangerous fireworks. These charges are currently pending in the Elizabeth Municipal Court.

                       Valle-Irizarry stated he and his girlfriend got into an argument that night and he "lost his cool." Additionally, the marijuana he was in possession of was for his own personal use. He agreed that returning to mental health counseling would be beneficial.

Prob 12A – page 2
Jesus Joel Valle-Irizarry

U.S. Probation Officer Action:

Valle has been referred to mental health counseling. Our office recommends withholding Court action until disposition of the pending criminal matter or until such time as immediate action by the Court becomes necessary. Should changes occur or the case is resolved, Your Honor will be notified and formal Court action will be taken.

Respectfully submitted,

*Kevin P. Egli*  LRG
By: Kevin P. Egli
Sr. U.S. Probation Officer
Date: 07/30/2020

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

[X] No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

*s/Susan D. Wigenton, U.S.D.J.*
Signature of Judicial Officer

August 10, 2020
Date